

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2022

No. 04-21-00251-CV

Herbert Lawrence **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin Karambis, Ronaldo Dunagan, Lynda C. Spence, and
eXp Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

After consideration, we **GRANT IN PART** Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief and Unopposed Motion to File Response to Appellee's Motion to Dismiss, and **ORDER** appellant to file his brief and response **by February 25, 2022. No further extensions will be granted absent extenuating circumstances.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court